UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SAMAAD BISHOP, IN PROPRIA PERSONA,

                                                 Case #04 CV 9403

              Plaintiffs,

                                          **DEFENDANTS' ANSWER**
                                          **TO CROSS CLAIMS**
           -against-                        **OF CO-DEFENDANTS**
                                            **METRO ONE and**
                                          **MICHAEL McDANIEL**

TOYS "R" US-NY, LLC,
METRO ONE LOSS PREVENTION GROUP
 (GUARD DIVISION NY), INC.,
MICHAEL MCDANIEL, INHIS INDIVIDUAL
AND OFFICIAL CAPACITY AS SECURITY
GUARD, GREGORY D. HOUSE IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY AS
SALES AND SERVICE MANAGER, AND
JOSE NIEVES IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS STORE DIRECTOR,

                   Defendants.
--------------------------------------------------------X

**S I R S:**

        **PLEASE TAKE NOTICE,** that defendant, **TOYS "R" US-NY, LLC,
GREGORY D. HOUSE, and JOSE NIEVES**, by its attorneys, McAndrew, Conboy &
Prisco, pursuant to Rule 13(g) set forth the following as and for their Answer to the Cross
Claims of the co-defendants, Metro One Loss Prevention Group and Michael McDaniel:

       1.      Denies each and every allegation contained in the First Cross Claim.

       2.      Denies each and every allegation contained in the Second Cross Claim.

       3.      Denies each and every allegation contained in the Third Cross Claim.

       4.      Denies each and every allegation contained in the Fourth Cross Claim.

       5.      Denies each and every allegation contained in the Fifth  Cross Claim.

The signature certifies that to the best of the certifier's knowledge the statements in this paper are correct.

Dated:      Woodbury, New York
            March 28, 2005

                                    Yours, etc.,

                                    **McANDREW, CONBOY & PRISCO**
                                    Attorneys for Defendant

                                    By: _____
                                        PETER G. PRISCO (PP 7397)
                                    Office and P.O. Address
                                    95 Froehlich Farm Blvd.
                                    Woodbury, New York 11797
                                    (516) 921-8600

TO:    SAMAAD BISHOP
       Plaintiff Pro Se
       755 White Plains Road
       Apt. No. 20D
       Bronx, New York 10473
       718-861-6645

       MORRIS DUFFY ALONSO & FALEY
       Attorneys for Defendants
       METRO ONE LOSS PREVENTION GROUP, INC.
        and MICHAEL McDANIEL
       Two Rector Street
       New York, New York  10006
       (212) 766-1888

STATE OF NEW YORK )

                     ) ss.:

COUNTY OF NASSAU )

           NANCY ORLANDO, being duly sworn, deposes and says:

           That deponent is not a party to this action, is over 18 years of age, and resides at Nassau County, New York

           That on  March         2005, deponent served the within DEFENDANTS' ANSWER TO CROSS CLAIM OF CODEFENDANTS METRO ONE AND MICHAEL McDANIEL by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:     SAMAAD BISHOP
           Plaintiff Pro Se
           755 White Plains Road
           Bronx, New York 10473
           718-861-6645

           MORRIS DUFFY ALONSO & FALEY
           Attorneys for Defendants
           METRO ONE LOSS PREVENTION GROUP, INC.
           and MICHAEL McDANIEL
           Two Rector Street
           New York, New York  10006
           (212) 766-1888

                               _____
                                  NANCY ORLANDO

Sworn to before me this
March           2005
_____
      Notary Public

*Joanne Reller*
*Notary Public, State of New York*
*No.: 01RE5046281*
*Qualified in Suffolk County*
*Commission Expires: 7/10/07*